**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6829

TERRY ALAN MCCLURE,

Plaintiff - Appellant,

versus

PAM CALDWELL, Prison House Services; AL
CANNON, Sheriff; CHARLESTON COUNTY DETENTION
CENTER; PRISON HOUSE SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., District
Judge.  (CA-04-21813)

Submitted:  October 20, 2005          Decided:  October 27, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Alan McClure, Appellant Pro Se.  Robert Holmes Hood, Robert
Holmes Hood, Jr., Roy Pearce Maybank, HOOD LAW FIRM, Charleston,
South Carolina; Stephanie Pendarvis McDonald, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Alan McClure appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McClure v. Caldwell, No. CA-04-21813 (D.S.C. May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED